## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 5:19CR245 |
| Plaintiff, | : | |
| | : | JUDGE BENITA Y. PEARSON |
| vs. | : | |
| | : | |
| CARLEN OSBORNE CLEMONS, | : | **DEFENDANT'S NOTICE OF** |
| | : | **WITHDRAW OF REQUEST TO** |
| | : | **ATTEND CHANGE OF PLEA** |
| Defendant. | : | **VIA VIDEO CONFERENCING** |

Defendant, through counsel, hereby withdraws her request for permission to attend the change of plea hearing via video conferencing. *See United States v. Bethea*, 888 F.3d 864 (2018).

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/Darin Thompson*
DARIN THOMPSON
Assistant Federal Public Defender
Ohio Bar: 0067093
Office of the Federal Public Defender
1660 West Second Street, Suite 750
Cleveland, OH 44113
(216)522-4856   Fax:(216)522-4321
E-mail: darin_thompson@fd.org